# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DANIEL A. SMITH,**

    Plaintiff(s),

                              **CASE NO.    3:09-cv-182**

**-vs-**

                              **District Judge Timothy S. Black**

**SECRETARY OF VETERANS AFFAIRS,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED:** that Defendant's Motion for Summary Judgment is **GRANTED**; and this case is **CLOSED.**

Date:  September 6, 2011                                **JAMES BONINI, CLERK**

                                                              By: s/ M. Rogers
                                                              Deputy Clerk